UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 30, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM DOUGLAS MAGGINETTI,

    Defendant.

Case No. 2:20-MJ-00150-AC-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIAM DOUGLAS MAGGINETTI ,

Case No. 2:20-MJ-00150-AC-1 Charge 16USC § 551 16USC § 551 , from custody for the following reasons: for the following reasons:

   X   Release on Personal Recognizance

       Bail Posted in the Sum of $

       Unsecured Appearance Bond $

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

       (Other):

**The defendant shall be released at 9:00 a.m. on 10/1/2020.**

Issued at Sacramento, California on September 30, 2020 at 2:00 PM

By: *Allison Claire*

Magistrate Judge Allison Claire