| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 30, 2020<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM DOUGLAS MAGGINETTI,<br><br>  Defendant. | Case No. 2:20-MJ-00150-AC-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  WILLIAM DOUGLAS MAGGINETTI ,

Case No. 2:20-MJ-00150-AC-1  Charge 16USC § 551 16USC § 551 , from custody for the following reasons: for the following reasons:

  X   Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

  _____ Unsecured Appearance Bond $ _____

  _____ Appearance Bond with 10% Deposit

  _____ Appearance Bond with Surety

  _____ Corporate Surety Bail Bond

  _____ (Other):

**The defendant shall be released at 9:00 a.m. on 10/1/2020.**

Issued at Sacramento, California on September 30, 2020 at 2:00 PM

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire